PER CURIAM.
 

 ON REMAND FROM SUPREME COURT
 

 We reconsider this case in accordance with the opinion of the supreme court quashing this court’s decision in
 
 AmerUs Life Ins. Co. v. Lait,
 
 967 So.2d 340 (Fla. 5th DCA 2007). Upon reconsideration, we reverse the order of the trial court vacating the amended and second amended final judgments and remand to the trial court for further proceedings consistent with the opinion of the supreme court in this case.
 
 See AmerUs Life Ins. Co. v. Lait,
 
 2 So.3d 203 (Fla.2009).
 

 REVERSED and REMANDED.
 

 SAWAYA, MONACO and LAWSON, JJ., concur.